UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WARREN BURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No.: 1:17-cv-00018<br><br>Hon. Paul L. Maloney |

**JOINT MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

On May 15, 2019, this Court granted preliminary approval to a class action settlement ("Settlement") between Plaintiffs Burch, Bodley, Matson, and McCallum ("Plaintiffs") and Defendant Whirlpool Corporation ("Whirlpool"). Plaintiffs and Whirlpool (collectively, "Parties") now submit this Joint Motion for Final Approval of Class Action Settlement ("Joint Motion"), and respectfully request that this Court grant final approval of the Settlement and enter the Order Granting Final Approval of Class Action Settlement submitted with this Joint Motion.

The Settlement resolved Plaintiffs' claims that certain KitchenAid-brand dishwashers manufactured by Whirlpool are defective, in that the upper rack adjusters—the part that connects the top dish rack to the upper rails that allow the rack to slide in and out of the dishwasher—can become brittle when exposed to repeated high temperatures and can break, interfering with the operation of the upper rack. The Settlement was reached following dispositive motion practice and the exchange of voluminous documents and information addressing the nature and scope of the alleged upper rack adjuster issue, and Whirlpool's efforts to address it from design, service, and consumer-satisfaction perspectives. The Settlement resulted from hard-fought and

1

adversarial negotiations over a 16-month period with the assistance, input, and oversight of a highly experienced and respected mediator, Jonathan B. Marks of Marks ADR, LLC.

The Parties respectfully request that the Court grant final approval of the Settlement because it addresses the reasonable objectives of the litigation and provides fair and reasonable benefits to settlement class members without the uncertainties that they would have otherwise faced in continued litigation. Indeed, the Parties were careful to craft comprehensive relief, encompassing the varied facts and circumstances of as comprehensive a group of affected dishwasher owners as reasonably possible, and providing them as close to full relief as possible.

In addition to the settlement benefits, a nationally respected class action settlement administrator has implemented a state-of-the-art notice and claims administration campaign, which has resulted in nearly two-thirds of the class receiving direct notice. Whirlpool has also agreed to pay reasonable attorney fees and costs separately from and in addition to the benefits to settlement class members. The Settlement is well within the range of reasonableness given the benefits provided to settlement class members and the risks of continuing litigation.

For all these reasons, and for the reasons articulated in the Parties' Brief in Support of Joint Motion for Final Approval of Class Action Settlement, filed contemporaneously with this Joint Motion, the settlement is "fair, reasonable, and adequate" under Federal Rule of Civil Procedure 23(e)(2). Accordingly, the Parties respectfully request that the Court grant final approval to the Settlement, as well as grant Plaintiffs' motions for attorney fees, costs, and service awards to the named representatives, by entering the Order Granting Final Approval of Class Action Settlement submitted with this Joint Motion.

Dated: August 13, 2019                                            Respectfully submitted,

*s/ R. Brent Irby*                                                          *s/ Galen D. Bellamy*
R. Brent Irby                                                               Galen D. Bellamy
S. Brett Holsombeck                                                 Wheeler Trigg O'Donnell LLP
McCallum, Hoaglund, Cook & Irby, LLP               370 Seventeenth Street
905 Montgomery Highway, Suite 201                  Suite 4500
Vestavia Hills, Alabama  35216                             Denver, Colorado 80202-5647
Phone:   205.824.7767                                            Phone:   303.244.1800
Fax:        205.824.7768                                            Fax:        303.244.1879
Email:    birby@mhcilaw.com                                  Email:    bellamy@wtotrial.com

Edward A. Wallace                                                  Pamela Chapman Enslen
Wexler Wallace LLP                                                Warner Norcross & Judd
55 West Monroe Street, Suite 3300                      401 E. Michigan Avenue
Chicago, Illinois  60603                                          Suite 200
Phone:   312.346.2222                                           Kalamazoo, Michigan 49007
Fax:        312.346.0022                                           Phone:   269.276.8112
Email:    eaw@wexlerwallace.com                       Email:    penslen@wnj.com

*Lead Class Counsel*                                              *Attorneys for Defendant*
                                                                               *Whirlpool Corporation*

## CERTIFICATE OF SERVICE

I certify that on August 13, 2019, I caused a true and correct copy of the foregoing document titled **Joint Motion for Final Approval of Class Action Settlement** to be served via electronic mail on the following counsel of record:

R. Brent Irby
S. Brett Holsombeck
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone:  205.824.7767
Fax:  205. 824.7768
Email:  birby@mhcilaw.com
  bholsombeck@mhcilaw.com

N. Scott Carpenter
Rebecca Bell-Stanton
Carpenter & Schumacher, P.C.
2701 Dallas Parkway
Suite 570
Plano, TX 75093
Phone:  972.403.1133
Fax:  972.403.0311
Email:  scarpenter@cstriallaw.com
  rstanton@cstriallaw.com

Edward A. Wallace
Wexler Wallace, LLP
55 W. Monroe Street
Suite 3300
Chicago, IL 60603
Phone:  312.346.2222
Fax:  312.346.0022
Email:  eaw@wexlerwallace.com

*s/ Galen D. Bellamy*
Galen D. Bellamy