# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WARREN BURCH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

WHIRLPOOL CORPORATION,

    Defendant.

Case No.: 1:17-cv-00018

Hon. Paul L. Maloney

## ORDER GRANTING JOINT MOTION TO APPROVE PAYMENT IN CONNECTION WITH AN OBJECTION

This matter is before the Court on the parties' joint motion to approve payment in connection with an objection. Mr. Thomas Knott filed a letter with the Court objecting to the settlement and explaining that, after buying replacement upper rack adjusters, he experienced another break that resulted in broken pieces falling into his dishwasher, which necessitated him buying a replacement. The parties ask the Court to approve a payment to Mr. Knott of $200 in exchange for Mr. Knott withdrawing his objection. *See* Fed. R. Civ. P. 23(e)(5)(B)(i) ("Unless approved by the court after a hearing, no payment or other consideration may be provided in connection with . . . withdrawing an objection."). Having considered the parties' joint motion and pertinent authorities, the Court **GRANTS** the motion.

Date: October 16, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge