UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WARREN BURCH, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>-v-<br><br>WHIRLPOOL CORP.,<br>Defendant. | No. 1:17-cv-18<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 60), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date: October 16, 2019                /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge